IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | | |
|---|---|---|
| GARRETT A. DAVIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 325-049 |
| | ) | |
| C.O.R.E. CIVIC; MEDICAL DEPT. PE; | ) | |
| MEDICAL ADMIN. AND ALL WHOM | ) | |
| THIS MAY BE CONCERNED @ C.O.R.E. | ) | |
| CIVIC; C.O.R.E. CIVIC IN STATE OF | ) | |
| TENNESSEE; and MEDICAL ADMIN. | ) | |
| FINANCE DEPT., | ) | |
| | ) | |
| Defendants.[1] | ) | |

**O R D E R**

The captioned case was opened in the Dublin Division of the Southern District of Georgia, even though the events forming the basis of the claims occurred at Coffee Correctional Facility in Coffee County, which lies within the Waycross Division. (See doc. no. 1.) Accordingly, the case is hereby **TRANSFERRED** to the Waycross Division and is assigned Civil Action Number CV 525-039.

SO ORDERED this 2nd day of May, 2025, at Augusta, Georgia.

BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] The Court **DIRECTS** the **CLERK** to update the list of Defendants on the docket in accordance with the above caption, which is consistent with Plaintiff's complaint. (Doc. no. 1, pp. 1, 4.)